UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | SA CV 15-635 PSG (MRW) | Date | August 4, 2015 |
|---|---|---|---|
| Title | Vasquez v. Santa Ana Jail | | |

Present: The Honorable   Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff / Petitioner: | Attorneys Present for Defendant / Respondent: |
|---|---|
| None present | None present |

**Proceedings:**   (IN CHAMBERS) ORDER TO SHOW CAUSE RE: FAILURE TO UPDATE MAILING ADDRESS

Plaintiff is a pro se litigant in this federal action. When the Court recently issued a screening order regarding the case – and mailed a copy of the document to Plaintiff's current address of record – the post office returned the item as undeliverable. (Docket # 16.)

That presents a major problem. The Court previously informed Plaintiff of her responsibility to notify the Court and defense counsel of any change of address and the effective date of the change. (Docket # 12.) If Plaintiff fails to keep the Court informed of a correct mailing address, this case may be dismissed under Local Rule 41-6, which states as follows:

> **If mail directed by the Clerk to a *pro se* plaintiff's address of record is returned undelivered by the Postal Service, and if, within fifteen days of the service date, such plaintiff fails to notify, in writing, the Court and opposing parties of his current address, the Court may dismiss the action with or without prejudice for want of prosecution.**

Based on the recent return of mail, the Court has reason to suspect that Plaintiff failed to properly update her address with the Court. Therefore, by August 26, 2015, Plaintiff will file a sworn notice with the Court indicating her current, accurate mailing address. Failure to do so may lead the Court to conclude pursuant to Federal Rule of Civil Procedure 41 that Plaintiff has no interest in prosecuting this action further or is willing to abide by court orders.